IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SERENIC SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PROTEAN TECHNOLOGIES, INC.,<br>VANXAY KITNIKONE, and JODY LEONI,<br><br>Defendants.<br><br>PROTEAN TECHNOLOGIES, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>SERENIC SOFTWARE, INC.,<br><br>Counterdefendant. | Case No. CIV 04-415-S-LMB<br><br>**ORDER AMENDING CASE MANAGEMENT ORDER** |

This matter having come before this Court upon stipulation by and between the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED and this does ORDER:

1. The mediation shall be held by **June 17, 2005**.

2. All other terms of the Case Management Order not modified herein shall remain in full force and effect.

DATED: **April 29, 2005**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge